IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Nautic Partners L.L.C., Chisholm Partners IV, L.P., Fleet Equity Partners VI, L.P., Fleet Venture Resources, Inc., Kennedy Plaza Partners II, L.L.C., and Scott Hilinski, <br><br>　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>Zurich American Insurance Company, <br><br>　　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) Civil Action No. _____ ) ) ) ) ) ) |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs Nautic Partners L.L.C., Chisholm Partners IV, L.P., Fleet Equity Partners VI, L.P., Fleet Venture Resources, Inc., Kennedy Plaza Partners II, L.L.C., and Scott Hilinksi hereby certify that:

　　(a) Nautic Partners L.L.C. has no parent corporation and that no publicly held corporation owns 10% or more of its stock;

　　(b) Chisholm Partners IV, L.P. has no parent corporation and that Bank of America, N.A., or its subsidiaries or affiliates, owns 10% or more of its stock;

　　(c) Fleet Equity Partners VI, L.P. has no parent corporation and that Bank of America, N.A., or its subsidiaries or affiliates, owns 10% or more of its stock;

　　(d) Fleet Venture Resources, Inc. has no parent corporation and that Bank of America, N.A., or its subsidiaries or affiliates, owns 10% or more of its stock; and

　　(e) Kennedy Plaza Partners II, L.L.C. has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Jay N. Moffitt*
                                    _____
                                    Alan J. Stone (#2677)
                                    Jay N. Moffitt (#4742)
                                    1201 North Market Street
                                    Wilmington, DE 19801
                                    (302) 658-9200

                                    *Attorneys for Plaintiffs Nautic Partners L.L.C., Chisholm Partners IV, L.P., Fleet Equity Partners VI, L.P., Fleet Venture Resources, Inc., Kennedy Plaza Partners II, L.L.C., and Scott Hilinski*

Of Counsel:

PATTERSON BELKNAP WEBB & TYLER LLP
Stephen P. Younger (SY 0120)
1133 Avenue of the Americas
New York, New York 10036
212-336-2000

September 21, 2006