IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Nautic Partners L.L.C., Chisholm Partners IV, L.P., Fleet Equity Partners VI, L.P., Fleet Venture Resources, Inc., Kennedy Plaza Partners II, L.L.C. and Scott Hilinski<br><br>Plaintiffs,<br><br>v.<br><br>Zurich American Insurance Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-00587-***<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF DISMISSAL

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1), this action is dismissed without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jay N. Moffitt (#4742)
_____
Alan J. Stone (#2677)
Jay N. Moffitt (#4742)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jmoffitt@mnat.com
   Attorneys for Plaintiffs Nautic Partners L.L.C.,
   Chisholm Partners IV, L.P., Fleet Equity Partners
   VI, L.P., Fleet Venture Resources, Inc., Kennedy
   Plaza Partners II, L.L.C., and Scott Hilinski

OF COUNSEL:

PATTERSON BELKNAP WEBB & TYLER LLP
Stephen P. Younger (SY 0120)
Niraj J. Parekh (NP 5903)
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

January 3, 2007


550263